IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOWN OF THORNAPPLE, WISCONSIN; ANGELA JOHNSON, RALPH C. KENYON, TOM ZELM, and JACK ZUPAN, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Thornapple; TOWN OF LAWRENCE, WISCONSIN; CHARIDY LUDESCHER, BOB NAWROCKI, STACY ZIMMER, and DUANE BILLER, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Lawrence; and STATE OF WISCONSIN,

    Defendants.

Civil Case No. 3:24-cv-664

---

## MOTION TO APPEAR *PRO HAC VICE*

---

RICHARD LAWSON of America First Policy Institute respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in Washington, D.C.

Dated this 25th Day of September, 2024

s/ *[signature]*

Name:     Richard Lawson

Firm:      American First Policy Institute

1

Address: 1455 Pennsylvania Ave. NW

Suite 225

City: Washington D.C.

State: DC

Zip Code: 20004

E-mail: [rlawson@americafirstpolicy.com](mailto:rlawson@americafirstpolicy.com)

Phone: +1 (813) 952-8882