UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOWN OF THORNAPPLE, WISCONSIN; ANGELA JOHNSON, RALPH C. KENYON, TOM ZELM, and JACK ZUPAN, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Thornapple; TOWN OF LAWRENCE, WISCONSIN; CHARIDY LUDESCHER, BOB NAWROCKI, STACY ZIMMER, and DUANE BILLER, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Lawrence; and STATE OF WISCONSIN,

    Defendants.

Case No.: 3:24-cv-664

---

**STATUS REPORT -- JOINT PROPOSED CASE MANAGEMENT PLAN**

---

    Plaintiff United States of America and Defendants Town of Thornapple, Angela Johnson, Ralph C. Kenyon, Tom Zelm, and Jack Zupan ("Thornapple Defendants") (collectively, "the Parties"), respectfully propose the following case management plan.

    The Thornapple Defendants intend to appeal the September 27, 2024, Order Granting Preliminary Injunction (*see* Dkt. 27), pursuant to 28 U.S.C. § 1292(a)(1). As such, the Parties jointly request that the Court stay all proceedings in this action pending the outcome of the interlocutory appeal, with the exception that the United States may amend its Complaint to ensure the inclusion of all necessary parties and that the Court will retain jurisdiction to hold proceedings

1

to enforce the injunction entered in this case. The Parties further stipulate that the Order Granting Preliminary Injunction shall remain in effect during the pendency of the interlocutory appeal.[1]

Dated this 16th day of October, 2024.

For the United States:
KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

*/s/ Brian Remlinger*
R. TAMAR HAGLER
RICHARD A. DELLHEIM
BRIAN REMLINGER
MARGARET M. TURNER
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
brian.remlinger@usdoj.gov
202-717-4154

TIMOTHY M. O'SHEA
United States Attorney
Western District of Wisconsin

*/s/ Barbara L. Oswald*
LESLIE K. HERJE
BARBARA L. OSWALD
Assistant United States Attorneys
United States Attorney's Office
Western District of Wisconsin
222 West Washington Ave, Suite 700
Madison, WI 53703
barbara.oswald@usdoj.gov
608-250-5478

For Town of Thornapple, Wisconsin; Angela Johnson, Ralph C. Kenyon, Tom Zelm and Jack Zupan

*/s/ Richard P. Lawson*
RICHARD P. LAWSON (Pro hac vice)
America First Policy Institute
1455 Pennsylvania Ave., N.W. Ste. 225
Washington, D.C., 20004
(813) 952-8882
rlawson@americafirstpolicy.com

ERIC M. MCLEOD, 1021730
Husch Blackwell LLP
33 East Main Street, Suite 300
Madison, Wisconsin 53703
608.255.4440 608.258.7138 (fax)
eric.mcleod@huschblackwell.com

REBECCA C. FURDEK, 1101543
Husch Blackwell LLP
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202
414.273.2100 414.223.5000 (fax)
rebecca.furdek@huschblackwell.com

---

[1] Defendant State of Wisconsin does not oppose entry of this joint proposed case management plan.