UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOWN OF THORNAPPLE, WISCOINSIN; ANGELA JOHNSON, RALPH C. KENYON, TOM ZELM, and JACK ZUPIN, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Thornapple; TOWN OF LAWRENCE, WISCONSIN; CHARIDY LUDESCHER, BOB NAWROCKI, STACY ZIMMER, and DUANE BILLER, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Lawrence; and STATE OF WISCONSIN,

    Defendants.

Case No.: 3:24-cv-664

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

    Defendants Town of Thornapple, Wisconsin, Angela Johnson, Ralph C. Kenyon, Tom Zelm and Jack Zupin, hereby give notice subject to the approval of the Court, that Matthew M. Fernholz and the law firm of Cramer Multhauf LLP, may be substituted in place of Eric M. McLeod and Rebecca C. Furdek and the law firm of Husch Blackwell LLP. Mr. Fernholz and the law firm of Cramer Multhauf, LLP consent to being substituted, by electronic signatures below.

    Dated this 30th day of October, 2024.

| CRAMER MULTHAUF LLP | HUSCH BLACKWELL LLP |
|---|---|
| By: Electronically signed /s/ Matthew M. Fernholz<br>Matthew M. Fernholz, 1065765<br>1601 E. Racine Ave., Suite 200<br>Waukesha, WI 53186<br>262.542.4278<br>262.542-4270 (fax)<br>mmf@cmlawgroup.com | By: Electronically signed /s/ Eric M. McLeod<br>Eric M. McLeod, 1021730<br>33 East Main Street, Suite 300<br>Madison, Wisconsin 53703<br>608.255.4440<br>608.258.7138 (fax)<br>eric.mcleod@huschblackwell.com |

HUSCH BLACKWELL LLP

By:  Electronically signed /s/ Rebecca C. Furdek
Rebecca C. Furdek, 1101543
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202
414.273.2100
414.223.5000 (fax)
rebecca.furdek@huschblackwell.com