# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

**FINAL JUDGMENT**

A True Copy
Teste:

July 14, 2025

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

MICHAEL B. BRENNAN, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 24-2931 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>TOWN OF THORNAPPLE, WISCONSIN, et al.,<br>Defendants - Appellants |

| Originating Case Information: |
|---|
| District Court No: 3:24-cv-00664-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**      (form ID: **132**)