UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TOWN OF THORNAPPLE, WISCONSIN; ANGELA JOHNSON, RALPH C. KENYON, TOM ZELM, and JACK ZUPAN, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Thornapple; TOWN OF LAWRENCE, WISCONSIN; CHARIDY LUDESCHER, BOB NAWROCKI, STACY ZIMMER, and DUANE BILLER, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Lawrence; and STATE OF WISCONSIN,

      Defendants.

Case No.: 3:24-cv-664

---

## JOINT STATUS REPORT

Pursuant to the Court's September 5, 2025 Order, the Parties submit this Joint Status Report.

The United States has discussed a proposed settlement with counsel for Thornapple Defendants, and the Parties are beginning the process of settlement discussions. The Parties request an additional 60 days to continue settlement discussions.

No scheduling conference is needed at this time.

Dated: September 26, 2025

Respectfully Submitted,

For the United States of America:

| | |
|---|---|
| HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division | CHADWICK M. ELGERSMA<br>Acting United States Attorney<br>Western District of Wisconsin |
| */s/Timothy Mellett*<br>TIMOTHY F. MELLETT<br>MARY ROSENBERG<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | */s/ Barbara Oswald*<br>BARBARA L. OSWALD<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Wisconsin<br>222 West Washington Ave, Suite 700<br>Madison, WI 53703 |

| For the State of Wisconsin: | For Thornapple Defendants: |
|---|---|
| JOSHUA L. KAUL<br>Attorney General of Wisconsin | CRAMER MULTHAUF LLP<br>Attorneys for Defendants, Town of Thornapple, Angela Johnson, Ralph C. Kenyon, Tom Zelm, and Jack Zupan |
| /s/ *Lynn K. Lodahl*<br>Lynn K. Lodahl<br>Assistant Attorney General<br>17 West Main Street<br>Post Office Box 7857<br>Madison, WI 53707 | *Electronically signed by Matthew M. Fernholz*<br>MATTHEW M. FERNHOLZ<br>(State Bar No.: 1065765)<br>CRAMER MULTHAUF LLP<br>1601 East Racine Avenue, Suite 200<br>P.O. Box 558<br>Waukesha, WI 53187-0558<br>262-542-4278 |