IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TOWN OF THORNAPPLE, WISCONSIN; ANGELA JOHNSON, RALPH C. KENYON, TOM ZELM, and JACK ZUPAN, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Thornapple, TOWN OF LAWRENCE, WISCONSIN; CHARIDY LUDESCHER, BOB NAWROCKI, STACY ZIMMER, and DUANE BILLER, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Lawrence, and STATE OF WISCONSIN,<br><br>        Defendants. | Civil Case No.: 3:24-cv-664-jdp |

**JOINT MOTION TO DISMISS THORNAPPLE AND STATE OF WISCONSIN DEFENDANTS**

Plaintiff United States of America and the Thornapple Defendants jointly move for dismissal with prejudice as to the Thornapple and State of Wisconsin Defendants. The State of Wisconsin does not object to this joint motion.

Plaintiff United States of America initiated this action against the Town of Thornapple, Wisconsin ("Thornapple"); Angela Johnson, Ralph C. Kenyon, Tom Zelm, and Jack Zupan, in their official capacities as Town Clerk and Town Board Supervisors of the Town of Thornapple (collectively, "Thornapple Defendants"); the Town of Lawrence, Wisconsin ("Lawrence"); Charidy Ludescher, Bob Nawrocki, Stacy Zimmer, and Duane Biller, in their official capacities as Town Clerk and Town Board Supervisors

of the Town of Lawrence (collectively, "Lawrence Defendants") to enforce the requirements of Section 301 of the Help America Vote Act of 2002 ("HAVA"), 52 U.S.C. § 21081.  The United States entered into a consent order with the Lawrence Defendants on September 27, 2024.  *See* ECF No. 23.

Plaintiff United States submitted a Notice of Settlement with Thornapple Defendants on December 12, 2025, and attached the Settlement Agreement as Exhibit 1. *See* ECF No. 53 and 53-1.  The Agreement provides that "[i]n consideration of, and consideration with, the terms of this Agreement, the Parties will move jointly for dismissal of the United States' claims against the remaining Defendants as set forth in Paragraph 23."  ECF No. 53-1, ¶ 10. The Agreement provides in Paragraph 23 that "[t]he United States will file a joint motion to dismiss this action as to the Thornapple Defendants and Defendant State of Wisconsin with prejudice within 7 days of the effective date of this agreement." *Id*. ¶ 23.

The United States and Thornapple Defendants agree that the Settlement Agreement is adequate consideration that warrants dismissal of both the Thornapple Defendants and the State of Wisconsin. The United States has achieved the relief it sought in the Complaint.  *See* ECF No. 1.  Because the Settlement Agreement resolves the remaining claims asserted in *United States v. Town of Thornapple, Wisconsin, et al.* (3:24-cv-664-jdp), to enforce Section 301 of HAVA, the United States and the Thornapple Defendants move for dismissal of the Thornapple and State of Wisconsin Defendants with prejudice.

Dated: December 18, 2025                              Respectfully submitted,

For Plaintiff United States of America:

| | |
|---|---|
| HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division | CHADWICK M. ELGERSMA<br>Acting United States Attorney<br>Western District of Wisconsin |
| | BARBARA L. OSWALD<br>Assistant United States Attorney |
| */s/Timothy Mellett*<br>ERIC NEFF<br>TIMOTHY F. MELLETT<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | United States Attorney's Office<br>Western District of Wisconsin<br>222 West Washington Ave, Suite 700<br>Madison, WI 53703 |

For Thornapple Defendants:

*/s/Nicholas Wanic*
NICHOLAS J. WANIC
Associate Attorney
Center for Litigation
America First Policy Institute
1455 Pennsylvania Ave NW, Suite 225
Washington, DC 20004

3